|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC** <br> **By: Alexandra T. Garcia, Esq. (Atty. I.D.#ATG4688)** <br> **216 Haddon Avenue, Suite 201** <br> **Westmont, NJ 08108** <br> **856-858-7080** <br> Attorneys for Movant: Bayview Loan Servicing, LLC | **Order Filed on January 16, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| IN re: <br><br> Kristine Rhodes <br>          Debtor | Case No.: 16-23820-ABA <br> Chapter: 13 <br> Judge: Andrew B. Altenburg Jr. |

| Recommended Local Form | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER RESOLVING MOTION TO VACATE STAY
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through three (3) is

hereby **ORDERED**

**DATED: January 16, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Bayview Loan Servicing, LLC |
| Applicant's Counsel: | Alexandra T. Garcia, Esq. |
| Property Involved ("Collateral") | 236 South Barrett Avenue, Audubon, New Jersey 08106 |

Relief Sought:    ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of     automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that the Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.  Status of post-petition arrearages:

    ☒ The Debtor is overdue for 7 months, from June 1, 2018 to December 1, 2018

    ☒ The Debtor is overdue for three (3) payments at $1,496.19, and four (4) payments at $1,511.94 per month.

    ☒ The Debtor has $830.23 in suspense

    Total Arrearages Due: $9,706.10

2.  Debtor must cure all post-petition arrearages, as follows:

    ☒ Immediate payment shall be made in the amount of $4,500.00.  Payment was received on December 26, 2018.

    ☒ Beginning on January 1, 2019, regular monthly mortgage payment shall continue to be made in the amount of $1,511.94.

    ☒ The amount of $5,206.10 shall be capitalized in the debtor's Chapter 13 plan.  The mortgagee's allowed secured claim shall be amended to include the capitalized post-petition payments listed in this Order to the Proof of Claim as filed.  As a result of such capitalization, the Standing Chapter 13 Trustee shall adjust his/her records accordingly and make revised disbursements.

3.  Payments to the Secured Creditor shall be made to the following address(es):

    | | | |
    |---|---|---|
    | ☒ | Immediate payment: | Bayview Loan Servicing, LLC<br>4425 Ponce de Leon Boulevard, 5th Floor<br>Coral Gables, Florida 33146 |
    | ☒ | Regular monthly payment: | Same as above |
    | ☐ | Monthly cure payment: | Same as above |

4.  In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. In the event the Debtor converts his/her case to a Chapter 11, the terms of the Order shall remain in full force and effect. In the event that the Debtor converts his/her case to a Chapter 7, Debtor shall cure all pre-petition and post-petition arrears within ten (10) days of conversion. Failure to cure the arrears shall constitute an event of default under this Order and Movant may certify default as set forth in paragraph 4 of this order.

6. Award of Attorneys' Fees:

☒ The Applicant is awarded attorney fees of $350.00 and costs of $181.00.

The fees and costs are payable:

☒ through the Chapter 13 plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 16-23820-ABA
Kristine Rhodes                                                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1              Date Rcvd: Jan 16, 2019
                            Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2019.
db              +Kristine Rhodes,    236 S. Barrett Ave,    Audubon, NJ 08106-1114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2019 at the address(es) listed below:
              Aleksander P. Powietrzynski    on behalf of Creditor     JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              Alexandra T. Garcia    on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor     Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              Andrew L. Spivack    on behalf of Creditor    PennyMac Loan Services, LLC nj.bkecf@fedphe.com
              Andrew Thomas Archer     on behalf of Debtor Kristine  Rhodes aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Brad J. Spiller    on behalf of Debtor Kristine  Rhodes bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Celine P. Derkrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company njecfmail@mwc-law.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    PennyMac Loan Services, LLC jpshay@mdwcg.com,
               jpshay@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Carmax Auto Finance, c/o Morton & Craig, LLC
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY rsolarz@kmllawgroup.com
              William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
                                                                                                 TOTAL: 14