UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Robertson, Anschutz, Schneid & Crane LLC**
Attorneys for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)

Harold Kaplan (HK0226)

In Re:

**Kristine Rhodes,**

    Debtor,

Order Filed on March 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:       16-23820-ABA

Chapter:        13

Hearing Date:   March 3, 2020

Judge:          Andrew B. Altenburg Jr.

## AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: March 5, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

Secured Creditor: JPMORGAN CHASE BANK, N.A.

Secured Creditor's Counsel: Robertson, Anschutz, Schneid & Crane LLC

Debtors' Counsel: Andrew Thomas Archer, Esq.

Property Involved ("Collateral"): 2013 Ford Explorer VIN#1FM5K8D84DGA82161

Relief sought:
- ■ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Secured Creditor's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:
   - ■ The Debtor is overdue for 7 months from August 28, 2019 through February 28, 2020.
   - ■ The Debtor is overdue for 1 payment from August 28, 2019 at $358.11 per month.
   - ■ The Debtor is overdue for 6 payments from September 28, 2019 at $589.20 per month.

   Funds Held In Suspense $0.00.
   Total Arrearages Due $3,893.31.

2. Debtor must cure all post-petition arrearages, as follows:
   - ■ Beginning on March 28, 2020 regular monthly payments shall continue to be made in the amount of $589.20.
   - ■ Immediate lump sum payment shall be made in the amount of $3,302.80 upon entry of this Order.
   - ■ Immediate payment shall be made in the amount of $590.51. Payment shall be made within 10 days of entry of this Order.

3. Payments to the Secured Creditor shall be made to the following address(es):

- Regular monthly payment: Chase Auto
  ATTN: Bankruptcy Dept
  P.O. Box 901032
  Fort Worth, TX 76101

- Monthly cure payment: Chase Auto
  ATTN: Bankruptcy Dept
  P.O. Box 901032
  Fort Worth, TX 76101

4. In the event of Default:
- Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Consent Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay.

- In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay.

The undersigned hereby consent to the form and entry of the foregoing order.

Andrew Thomas Archer, Esq.
*Attorney for Debtor(s)*
Date: 3/4/2020

/s/ Harold Kaplan

Harold Kaplan, Esq.
*Attorney for Secured Creditor*
Date: 3/5/2020

United States Bankruptcy Court
District of New Jersey

In re:  
Kristine Rhodes  
    Debtor

Case No. 16-23820-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 05, 2020  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.
db            +Kristine Rhodes,    236 S. Barrett Ave,    Audubon, NJ 08106-1114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2020 at the address(es) listed below:
       Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
        alex@winstonandwinston.com
       Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com,
        nj-ecfmail@ecf.courtdrive.com
       Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
        Liability Company NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
       Andrew L. Spivack    on behalf of Creditor    PennyMac Loan Services, LLC nj.bkecf@fedphe.com
       Andrew Thomas Archer    on behalf of Debtor Kristine  Rhodes aarcher@spillerarcherlaw.com,
        bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
       Brad J. Spiller    on behalf of Debtor Kristine  Rhodes bankruptcy@brennerlawoffice.com,
        aarcher@brennerlawoffice.com
       Celine P. Derkrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
        Liability Company njecfmail@mwc-law.com
       Harold N. Kaplan    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. hkaplan@rasnj.com,
        informationathnk@aol.com
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
        summarymail@standingtrustee.com
       Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
       James Patrick Shay    on behalf of Creditor    PennyMac Loan Services, LLC shay@bbs-law.com,
        jpshay@gmail.com
       John R. Morton, Jr.    on behalf of Creditor    Carmax Auto Finance, c/o Morton & Craig, LLC
        ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
       Melissa S DiCerbo    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj-ecfmail@mwc-law.com,
        nj-ecfmail@ecf.courtdrive.com
       Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
        Liability Company nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
       R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
       Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
        LIABILITY COMPANY rsolarz@kmllawgroup.com
       Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
        Liability Company rsolarz@kmllawgroup.com
       Sindi  Mncina    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. smncina@rascrane.com
       William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
                                                                                                                          TOTAL: 19