**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kristine Rhodes** | Social Security number or ITIN    xxx–xx–8860 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    **16–23820–ABA** | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kristine Rhodes

10/5/20

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-23820-ABA |
| Kristine Rhodes | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 05, 2020 | Form ID: 3180W | Total Noticed: 64 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristine Rhodes, 236 S. Barrett Ave, Audubon, NJ 08106-1114 |
| cr | + | JPMORGAN CHASE BANK, N.A., c/o Winston & Winston, P.C., 750 Third Avenue, Suite 923, New York, NY 10017-2703 |
| 516294901 | + | AMCOL Systems, Inc., Amcol Systems, Inc., Po Box 21625, Columbia, SC 29221-1625 |
| 516294903 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 516294905 | + | Apex Asset Management, LLC, Virtua Health System WJ, PO Box 5407, Lancaster, PA 17606-5407 |
| 517694417 | + | BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LI, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 516644288 | + | Bayview Loan Servicing, LLC, McCabe Weisberg & Conway, 216 Haddon Avenue, Suite 303, Westmont, NJ 08108-2811 |
| 516418105 | + | CarMax Business Services LLC, 225 Chastain Meadows Court, Kennesaw, GA 30144-5897 |
| 516294910 | + | Carmax Auto Finance, Po Box 440609, Kennesaw, GA 30160-9511 |
| 516503504 | + | Carmax Auto Finance, C/O Morton & Craig, LLC, 110 Marter Ave, Suite 301, Moorestown, NJ 08057-3124 |
| 516294913 | + | Children's Hospital of Philadelphia, 3401 Civic Center Blvd, Philadelphia, PA 19104-4319 |
| 516294916 | + | Convergent Heathcare Recovery, 121 Ne Jefferson St, Suite 100, Peoria, IL 61602-1229 |
| 516294930 | + | Emrg Phy Assoc Of S Jersey, PO Box 740021, Cincinnati, OH 45274-0021 |
| 516294932 | + | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 516294939 | + | NJ EZ-Pass, P.O. Box 4972, Trenton, NJ 08650-4972 |
| 516294935 | | National Credit System, Po Box 31215, Atlanta, GA 31131 |
| 516331406 | | Navient Solutions, Inc. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 516355127 | | New Jersey Turnpike Authority, Law Dept Attn: March Schneider, Esq., PO box 5042, Woodbridge, NJ 07095-5042 |
| 516294940 | + | PA Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 516494444 | + | PENNYMAC LOAN SERVICES, LLC, 6101 Condor Drive, Suite 200, Moorpark, CA 93021-2602 |
| 516294941 | + | Pennsylvania Dept of Revenue, 2 Revenue Place, Harrisburg, PA 17129-0002 |
| 516304507 | + | PennyMac Loan Services, LLC, Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 516294942 | | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514357, Los Angeles, CA 90051 |
| 516294944 | + | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 516294943 | + | Quality Asset Recovery, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 516294945 | + | Remex, 307 Wall St, Princeton, NJ 08540-1515 |
| 516294946 | + | Rey Reyes, 236 S. Barrett Ave, Audubon, NJ 08106-1114 |
| 516294950 | + | SLM Private Credit Student Loan, Attn: Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 516294951 | + | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |
| 516294953 | + | Tom Jefs Uni, 130 S 9th St, Philadelphia, PA 19107-5233 |
| 516294954 | + | Virtua Health, PO Box 8500-7542, Philadelphia, PA 19178-0001 |
| 516294955 | + | Virtua Health, PO Box 8500-8267, Philadelphia, PA 19178-0001 |
| 516294959 | + | Virtua Medical Group, PO Box 6028, Bellmawr, NJ 08099-6028 |
| 516294960 | + | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 516294961 | ++ | WEST JERSEY ANESTHESIA ASSOCIATES PA, 1000 WHITE HORSE ROAD SUITE 204, VOORHEES NJ 08043-4408 address filed with court:, West Jersey Anesthesia Assoc, 102 E Centre Blvd, Marlton, NJ 08053 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | | |

District/off: 0312-1 | User: admin | Page 2 of 4
Date Rcvd: Oct 05, 2020 | Form ID: 3180W | Total Noticed: 64

| | | | |
|---|---|---|---|
| | | Oct 05 2020 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | Oct 05 2020 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516294907 | + EDI: CINGMIDLAND.COM | | |
| | | Oct 06 2020 01:33:00 | AT&T Mobility, PO Box 537113, Atlanta, GA 30353-7113 |
| 516347669 | EDI: BECKLEE.COM | | |
| | | Oct 06 2020 01:33:00 | American Express Bank FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516294902 | + EDI: AMEREXPR.COM | | |
| | | Oct 06 2020 01:33:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516294906 | + EDI: APPLIEDBANK.COM | | |
| | | Oct 06 2020 01:33:00 | Applied Card Bank, Attention: Bankruptcy, Po Box 17125, Wilmington, DE 19850-7125 |
| 518413345 | + Email/Text: bkmailbayview@bayviewloanservicing.com | | |
| | | Oct 05 2020 21:44:00 | BAYVIEW LOAN SERVICING, LLC, 4425 PONCE DE LEON BLVD, CORAL GABLES, FL 33146-1873 |
| 516644089 | + Email/Text: bkmailbayview@bayviewloanservicing.com | | |
| | | Oct 05 2020 21:44:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 516644090 | + Email/Text: bkmailbayview@bayviewloanservicing.com | | |
| | | Oct 05 2020 21:44:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 516294908 | + Email/Text: EBN_IndianapolisIMC@receivemorermp.com | | |
| | | Oct 05 2020 21:44:00 | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 516294909 | + EDI: CAPITALONE.COM | | |
| | | Oct 06 2020 01:33:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516341617 | EDI: CAPITALONE.COM | | |
| | | Oct 06 2020 01:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516423313 | + Email/Text: bankruptcy@cavps.com | | |
| | | Oct 05 2020 21:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516294912 | + EDI: CAUT.COM | | |
| | | Oct 06 2020 01:33:00 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004-1071 |
| 516294914 | + EDI: CITICORP.COM | | |
| | | Oct 06 2020 01:33:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516294915 | EDI: WFNNB.COM | | |
| | | Oct 06 2020 01:33:00 | Comenity Bank/Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 516294917 | + Email/Text: legal-dept@cooperhealth.edu | | |
| | | Oct 05 2020 21:43:00 | Cooper Health System, PO Box 6018, Bellmawr, NJ 08099-6018 |
| 516490818 | EDI: Q3G.COM | | |
| | | Oct 06 2020 01:33:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516294919 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Oct 05 2020 21:43:00 | Dept Of Ed/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 516294929 | + EDI: DCI.COM | | |
| | | Oct 06 2020 01:33:00 | Diversified Consultant, Dci, Po Box 551268, Jacksonville, FL 32255-1268 |
| 516294931 | + EDI: PHINHARRIS | | |
| | | Oct 06 2020 01:33:00 | Harris & Harris, Ltd, 111 West Jackson Blvd, Ste 400, Chicago, IL 60604-4135 |
| 516379935 | EDI: JPMORGANCHASE | | |
| | | Oct 06 2020 01:33:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. BOX 901032, Ft. Worth, TX 76101-2032 |
| 516294934 | Email/Text: bankruptcy@nationalcreditsystems.com | | |

District/off: 0312-1                          User: admin                                    Page 3 of 4
Date Rcvd: Oct 05, 2020                       Form ID: 3180W                          Total Noticed: 64

|  |  | Oct 05 2020 21:42:00 | National Credit Systems, Inc., Heights of Collingswood Apts., PO Box 312125, Atlanta, GA 31131 |
| 516294936 | + EDI: NAVIENTFKASMSERV.COM | Oct 06 2020 01:33:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516354281 | EDI: NAVIENTFKASMSERV.COM | Oct 06 2020 01:33:00 | Navient Solutions, Inc., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 516483253 | EDI: PRA.COM | Oct 06 2020 01:33:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 516294947 | + EDI: RMCB.COM | Oct 06 2020 01:33:00 | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 516294952 | + EDI: RMSC.COM | Oct 06 2020 01:33:00 | Syncb/shaw Financial S, Po Box 965064, Orlando, FL 32896-5064 |
| 516322405 | + Email/Text: electronicbkydocs@nelnet.net | Oct 05 2020 21:43:00 | US Department of Education, c/o Nelnet, 121 South 13th Street Suite 201, Lincoln NE 68508-1911 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Carmax Auto Finance, c/o Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 516294904 | *+ | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 516294911 | *+ | Carmax Auto Finance, Po Box 440609, Kennesaw, GA 30160-9511 |
| 516294918 | *+ | Cooper Health System, PO Box 6018, Bellmawr, NJ 08099-6018 |
| 516294920 | *+ | Dept Of Ed/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 516294921 | *+ | Dept Of Ed/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 516294922 | *+ | Dept Of Ed/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 516294923 | *+ | Dept Of Ed/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 516294924 | *+ | Dept Of Ed/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 516294925 | *+ | Dept Of Ed/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 516294926 | *+ | Dept Of Ed/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 516294927 | *+ | Dept Of Ed/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 516294928 | *+ | Dept Of Ed/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 516294937 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516294938 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516294949 | *+ | Security Credit Systems, Inc., PO Box 846, Buffalo, NY 14240-0846 |
| 516294956 | *+ | Virtua Health, PO Box 8500-7542, Philadelphia, PA 19178-0001 |
| 516294957 | *+ | Virtua Health, PO Box 8500-7542, Philadelphia, PA 19178-0001 |
| 516294958 | *+ | Virtua Health, PO Box 8500-8267, Philadelphia, PA 19178-0001 |
| 516294933 | ##+ | Mark Walters, 164 S. Tuckahoe Rd, Williamstown, NJ 08094-3561 |
| 516294948 | ##+ | Security Credit Systems, Inc., PO Box 846, Buffalo, NY 14240-0846 |

TOTAL: 0 Undeliverable, 19 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 05, 2020 | Form ID: 3180W | Total Noticed: 64 |

Date: Oct 07, 2020                Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleksander Piotr Powietrzynski | on behalf of Creditor JPMORGAN CHASE BANK  N.A. alex@winstonandwinston.com |
| Alexandra T. Garcia | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Andrew L. Spivack | on behalf of Creditor PennyMac Loan Services  LLC nj.bkecf@fedphe.com |
| Andrew Thomas Archer | on behalf of Debtor Kristine Rhodes aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Brad J. Spiller | on behalf of Debtor Kristine Rhodes bankruptcy@brennerlawoffice.com aarcher@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com |
| Celine P. Derkrikorian | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company njecfmail@mwc-law.com |
| Harold N. Kaplan | on behalf of Creditor JPMORGAN CHASE BANK  N.A. hkaplan@rasnj.com, informationathnk@aol.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| James Patrick Shay | on behalf of Creditor PennyMac Loan Services  LLC shay@bbs-law.com, jpshay@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Carmax Auto Finance  c/o Morton & Craig, LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Melissa S DiCerbo | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| R. A. Lebron | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bankruptcy@feinsuch.com |
| Rebecca Ann Solarz | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company rsolarz@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@rascrane.com |
| William M.E. Powers, III | on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com |

TOTAL: 20